**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TEBA STEWART, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC.,<br><br>                   Defendant. | Case No. 1:24-cv-02596<br><br>**NOTICE OF SETTLEMENT AND MOTION TO STAY DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Andrea J. Wood<br><br>Hon. Mag. Judge Young B. Kim |

Plaintiff Teba Stewart ("**Plaintiff**"), by and through her counsel of record Siri & Glimstad LLP, hereby files this Notice of Settlement and Motion to Stay Defendant Aramark Services, Inc.'s ("**Defendant**") Motion to Dismiss and associated deadlines, including the May 30, 2024 deadline for Plaintiff's response thereto. Plaintiff respectfully submits that good cause exists for this motion because the Parties[1] have reached a resolution in principle to the claims set forth in this action and request time to finalize the settlement paperwork. In support hereof, Plaintiff states as follows:

1. On October 18, 2023, Plaintiff filed her Class Action Complaint in the Circuit Court of Cook County, Illinois (the "**Complaint**"; ECF No. 1-1.) In the Complaint, Plaintiff alleges a single cause of action against Defendant for violation of the Illinois Genetic Information Privacy Act. On April 1, 2024, Defendant timely removed the action to this Court. (ECF No. 1.)

2. On April 22, 2024, Defendant filed its Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "**Motion**"). (ECF No. 10.)

3. On May 9, 2024, the Court entered an Order setting the briefing schedule for the Motion; Plaintiff's opposition brief is due May 30, 2024, and Defendant's reply brief is due June 13, 2024. (ECF No. 13.)

---

[1] Plaintiff and Defendant are collectively referred to herein as "the Parties."

4.      On May 29, 2024, the Parties reached a resolution in principle to the claims set forth in this action. In light of the pending settlement, Plaintiff respectfully requests that the Court enter an order staying Defendant's Motion and related deadlines, including the briefing schedule for the Motion, to allow the Parties sufficient time to finalize the settlement paperwork.

5.      As a result of the resolution of this case, Plaintiff submits that good cause has been shown to permit a stay of Defendant's Motion and associated deadlines.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion to Stay Defendant's Motion to Dismiss and associated deadlines.


Dated: May 30, 2024                    Respectfully submitted,

                                       By: */s/Kyle D. McLean*

                                       Kyle D. McLean (ARDC 6344126)
                                       kmclean@sirillp.com
                                       SIRI & GLIMSTAD LLP
                                       700 S. Flower Street, Suite 1000
                                       Los Angeles, CA 90017
                                       Telephone: 213-376-3739

                                       Edward A. Wallace
                                       eaw@wallacemiller.com
                                       Mark R. Miller
                                       mrm@wallacemiller.com
                                       Molly C. Wells
                                       mcw@wallacemiller.com
                                       150 N. Wacker Drive, Suite 1100
                                       Chicago, IL 60606
                                       Telephone: (312) 261-6193

                                       *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 30, 2024, I caused a true and correct copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF System.

<u>*/s/ Kyle D. McLean*</u>
Kyle D. McLean